UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY LANGADINOS,<br><br>               Plaintiff,<br><br>  v.<br><br>WASHINGTON STATE BAR ASSOCIATION, WASHINGTON STATE BAR ASSOCIATION BOARD OF GOVERNORS, LISA AMATANGEL, Associate Director; Litigation and Internal Operations, JULIE SHANKLAND, Coordinator, ADA/504 WASB, and WASHINGTON STATE SUPREME COURT,<br><br>               Defendants. | CASE NO. 2:23-cv-250<br><br>MINUTE ORDER |

    The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

    The Court understands Plaintiff Gregory Langadinos has sent his response to Defendant Washington State Supreme Court's motion to dismiss to Courtroom Deputy, Grant Cogswell. The Court directs Plaintiff Gregory Langadinos to file his response through the Court's electronic CM/ECF filing system or through the mail with the clerk's office no later than Friday July 7, 2023. Defendant Washington State Supreme Court's reply is due no later than Friday July 14, 2023.

MINUTE ORDER - 1

The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 3rd day of July, 2023.

Ravi Subramanian

Clerk

/s/ Serge Bodnarchuk

Deputy Clerk

MINUTE ORDER - 2