UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY LANGADINOS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WASHINGTON STATE BAR ASSOCIATION, WASHINGTON STATE BAR ASSOCIATION BOARD OF GOVERNORS, LISA AMATANGEL, Associate Director; Litigation and Internal Operations, JULIE SHANKLAND, Coordinator, ADA/504 WASB, and WASHINGTON STATE SUPREME COURT,<br><br>　　　　　Defendants. | CASE NO. 2:23-cv-250<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

　　　On July 10, 2023, Plaintiff filed a document styled "Preliminary and First Original Motion and Memorandum in Opposition to Defendants' Motion to Dismiss." Dkt. No. 14. The Court construes this filing as a response to Defendant Washington State Supreme Court's motion to dismiss and Defendants Lisa Amatangel, Julie Shankland, Washington State Bar Association, and Washington State Bar Association Board of Governors' motion to dismiss. Dkt. Nos. 10, 11.

MINUTE ORDER - 1

At the end of his response, Plaintiff states that he "seeks issuance of [a] T.R.O. and [a] preliminary injunction to obtain his long overdue Diploma Privilege[.]" Dkt. No. 14 at 29. Because Plaintiff includes this request in his response to Defendants' motions to dismiss, the Court does not consider it. If Plaintiff intends to move for a temporary restraining order or preliminary injunction, he must file a separate motion with a proposed order. *See* LCR 65(b)(4).

The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 13th day of July, 2023.

Ravi Subramanian
Clerk
/s/ Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 2