UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY LANGADINOS,<br><br>     Plaintiff,<br><br> v.<br><br>WASHINGTON STATE BAR ASSOCIATION, WASHINGTON STATE BAR ASSOCIATION BOARD OF GOVERNORS, LISA AMATANGEL, Associate Director, Litigation and Internal Operations, JULIE SHANKLAND, Coordinator, ADA/504 WASB, and WASHINGTON STATE SUPREME COURT,<br><br>     Defendants. | CASE NO. 2:23-cv-250<br><br>MINUTE ORDER |

   The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

   On July 19, 2023, Plaintiff Gregory Langadinos filed a document captioned "Plaintiff's Emergency Motion Requesting to Postpone Decision on Defendant's Motion to Dismiss for Six (6) Weeks." Dkt. No. 19. Plaintiff noted his motion for July 28, 2023, but the Court construes this filing as a contested motion to stay proceedings. Accordingly, the Court adjusts the noting date

MINUTE ORDER - 1

from July 28 to August 4, 2023, per Local Civil Rule 7(d)(3). Any response by Defendants is due by July 31, 2023, and any reply in support of Plaintiff's motion is due by August 4, 2023.

Dated this 21st day of July 2023.

Ravi Subramanian
Clerk

/s/ Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 2