UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY LANGADINOS,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE BAR ASSOCIATION, WASHINGTON STATE BAR ASSOCIATION BOARD OF GOVERNORS, LISA AMATANGEL, Associate Director, Litigation and Internal Operations, JULIE SHANKLAND, coordinator, ADA/504 WASB, WASHINGTON STATE SUPREME COURT,<br><br>Defendants. | CASE NO. 2:23-cv-250<br><br>MINUTE ORDER ON DEFENDANTS' MOTION FOR AN EXTENSION OF TIME FOR AN FED. R. CIV. P. 26(f) CONFERENCE AND RELATED DEADLINES |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

Defendants Washington State Supreme Court (WASCT), Washington State Bar Association (WSBA), and its employees jointly seek an extension of the deadlines set by the Court on June 26, 2023. Dkt. No. 28. This is the second time Defendants have sought an extension of the Fed. R. Civ. P. 26(f) conference, initial disclosures, and joint status report

MINUTE ORDER ON DEFENDANTS' MOTION FOR AN EXTENSION OF TIME FOR AN FED. R. CIV. P. 26(F) CONFERENCE AND RELATED DEADLINES - 1

deadlines. *See* Dkt. No. 12. Defendants argue good cause exists to extend the 26(f) conference deadline to December 1, 2023, because the Court has not yet ruled on WASCT's and WSBA's dispositive motions to dismiss. Dkt. No. 28 at 3. Defendants ask the Court to also extend the related initial disclosure and joint status report deadlines until after December 1, 2023. *Id.* at 2.

Plaintiff Gregory Langadinos did not file a response to Defendants' motion for an extension. Langadinos emailed the Courtroom Deputy saying that he opposes the extension, and he has registered for the Court's CM/ECF electronic filing system.

Given the pending dispositive motions, and the previous extension, the Court finds good cause to extend the initial scheduling deadlines. Accordingly, the Court sets the new deadlines as follows:

| | |
|---|---|
| Deadline for Fed. R. Civ. P. 26(f) Conference | November 1, 2023 |
| Initial Disclosures under Fed. R. Civ. P. 26(a)(1) | November 15, 2023 |
| Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f): | November 22, 2023 |

Dated this 29th day of September 2023.

Ravi Subramanian
Clerk

*/s/ Serge Bodnarchuk*
Deputy Clerk

MINUTE ORDER ON DEFENDANTS' MOTION FOR AN EXTENSION OF TIME FOR AN FED. R. CIV. P. 26(F) CONFERENCE AND RELATED DEADLINES - 2