UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY LANGADINOS,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE BAR ASSOCIATION, WASHINGTON STATE BAR ASSOCIATION BOARD OF GOVERNORS, LISA ARATANGEL, Associate Director, Litigation and Internal Operations, JULIE SHANKLAND, coordinator, ADA/504 WASB, WASHINGTON STATE SUPREME COURT,<br><br>Defendants. | CASE NO. 2:23-cv-250<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

Defendants Washington State Supreme Court (WASCT), Washington State Bar Association (WSBA), and its employees jointly seek an extension of the deadlines set by the Court on September 29, 2023. Dkt. No. 33 at 1. This is the third time Defendants have sought an extension of the Fed. R. Civ. P. 26(f) conference,

**MINUTE** ORDER - 1

initial disclosures, and joint status report deadlines. *See* Dkt. Nos. 12, 28. Defendants argue good cause exists to extend the 26(f) conference deadline, because the Court has not yet ruled on their dispositive motions to dismiss. Dkt. No. 33 at 2.

Plaintiff Gregory Langadinos did not file a response to Defendants' motion for an extension. Given the pending dispositive motions, the previous extension, and Langadinos's lack of opposition, the Court finds good cause to STRIKE the initial scheduling deadlines set forth in its Minute Order dated September 29, 2023. Within fourteen days of the Court's order on Defendants' motions to dismiss, Dkt. Nos. 10, 11, the parties must file a joint status report with proposed initial scheduling deadlines. If the Court dismisses the case entirely, the parties need not file a joint status report.

Dated this 31st day of October 2023.

        Ravi Subramanian
        Clerk
        */s/Serge Bodnarchuk*
        Deputy Clerk