UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY LANGADINOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON STATE BAR ASSOCIATION, WASHINGTON STATE BAR ASSOCIATION BOARD OF GOVERNORS, LISA AMATANGEL, Associate Director, Litigation and Internal Operations, JULIE SHANKLAND, Coordinator, ADA/504 WASB, and WASHINGTON STATE SUPREME COURT,<br><br>　　　　　Defendants. | CASE NO. 2:23-cv-250<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

Under Fed. R. Civ. P. 26(a)(2)(B), parties must disclose "to the other parties" the identity of witnesses who may present evidence at trial under Fed. R. Evid. 702, 703, or 705. Expert reports and other Rule 26 disclosures, however, should not be

MINUTE ORDER - 1

filed with the Court. *See* LCR 5(d). Accordingly, the Court STRIKES Plaintiff's notice of expert witnesses. Dkt. No. 35.

Dated this 1st day of November 2023.

<u>Ravi Subramanian</u>
Clerk
<u>*/s/ Kathleen Albert*</u>
Deputy Clerk

MINUTE ORDER - 2