UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY LANGADINOS,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE BAR ASSOCIATION, and WASHINGTON STATE SUPREME COURT,<br><br>Defendants. | CASE NO. 2:23-cv-250<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO AMEND |

The Court ruled that Plaintiff Gregory Langadinos could seek leave to amend his original complaint by April 15, 2024. Dkt. No. 38 at 26. On April 12, 2024, Langadinos moved to extend the deadline to seek leave to amend to April 30, 2024. Dkt. No. 42. Langadinos states that neither the Washington State Bar Association nor the Washington State Supreme Court oppose the extension. *Id.* at 2. He also argues there is good cause to extend the deadline because he was recently hospitalized and unable to work on his filings. *Id.*

Accordingly, the Court finds good cause to extend the deadline. Langadinos may seek leave to amend under Rule 15 no later than April 30, 2024, for his public

**ORDER** GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO AMEND - 1

accommodation claims under the ADA, WLAD, and Rehabilitation Act against the State Supreme Court, his Rehabilitation Act claim against the WSBA, and his intentional infliction of emotional distress claim against all defendants.

Dated this 16th day of April, 2024.

Jamal N. Whitehead
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO AMEND - 2