HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GREGORY LANGADINOS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>WASHINGTON STATE BAR ASSOCIATION, and WASHINGTON STATE BAR ASSOCIATION BOARD of GOVERNORS, LISA AMATANGEL (in official capacity as Associate Director of Litigation and internal operations and her individual capacity and JULIE SHANKLAND in Official capacity as ADA/504 Coordinator; for WASB; and in her individual capacity; and WASHINGTON STATE SUPREME COURT (in capacity as person and/or State Agency under Title II of ADA and State Bar Act,<br><br>　　　　　　　Defendants. | No: 2:23-cv-00250-JNW<br><br>**ORDER GRANTING DEFENDANT WASHINGTON STATE BAR ASSOCIATIONS' MOTION TO FILE OVERLENGTH RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND** |

THIS MATTER came before the Court on Defendants Washington State Bar Associations, its Board of Governors, Lisa Amatangel, and Julie Shankland's (collectively "WSBA Defendants") Motion to File Overlength Brief. The Court has reviewed the records and files herein and is fully advised. The Court having considered all materials submitted in support of and in opposition to said motion, and in consideration of the argument of counsel, rules as follows:

ORDER GRANTING
DEFENDANT MOTION TO FILE OVERLENGTH
BRIEF (2:23-cv-00250-JNW) - Page 1

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 50618909.1

Defendants' Motion to File Overlength Brief is GRANTED. The WSBA Defendants may file a response to Plaintiff's motion for leave to amend not exceeding 2,200 words more than provided for under LCR 7.

ENTERED this 14th day of May, 2024

Jamal N. Whitehead
United States District Judge

Presented by:

FISHER & PHILLIPS LLP

By: s/Suzanne K. Michael
Suzanne K. Michael, WSBA #14072
Matthew J. Macario, WSBA #26522
Dean L. Petitta, WSBA #58295
Jeremy F. Wood, WSBA #51803
1700 7th Avenue, Suite 2500
Seattle, WA 98101
Telephone: (206) 682-2308
Email: smichael@fisherphillips.com
Email: mmacario@fisherphillips.com
Email: dpetitta@fisherphillips.com
Email: jwood@fisherphillips.com

*Attorneys for Defendants Washington State Bar Association, Washington State Bar Association Board of Governors, Lisa Amatangel and Julie Shankland*

ORDER GRANTING
DEFENDANT MOTION TO FILE OVERLENGTH
BRIEF (2:23-cv-00250-JNW) - Page 2

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 50618909.1

# CERTIFICATE OF SERVICE

I hereby certify that on the date below written, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and caused to be served a true and correct copy of same by the method indicated below and addressed as follows:

| | |
|---|---|
| Gregory Langadinos J.D. M.P.A.<br>1801 Town and Country Drive<br>P.O. Box #6050<br>Norco, CA 92618<br>Phone: (949) 844-0250 | First Class Mail via USPS<br>Email |

*Plaintiff Pro Se*

| | |
|---|---|
| Kelsey Endres, WSBA #39409<br>Assistant Attorney General<br>ATTORNEY GENERAL OF WASHINGTON<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>Phone: (206) 521-3219<br>Email: kelsey.endres@atg.wa.gov | CM/ECF system |

*Attorney for Washington State Supreme Court*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 13, 2024, in accordance with 28 USC 1746.

*/s/ Tammy Weisser*
Tammy Weisser, Legal Secretary

CERTIFICATE OF SERVICE - Page 3

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 50618909.1