UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREGORY LANGADINOS,

          Plaintiff,

     v.

WASHINGTON STATE BAR
ASSOCIATION,

          Defendant.

CASE NO. 2:23-cv-250

ORDER

On February 18, 2026, the Court ordered Langadinos to file a status report within ten days of the Court's order. Dkt. No. 78. On March 2, 2026, the Court dismissed this case for failure to file a status report as directed. Dkt. No. 80. Later that same day, Langadinos filed a status report. Dkt. No. 81.

Upon review of the record, the Court's dismissal was premature. The ten-day deadline ran from February 18, and fell on Saturday, February 28. Under LCR 6(a), the deadline extended to Monday, March 2, 2026—the day Langadinos filed. His status report was thus timely, so the Court vacates its dismissal and reopens the case.

**ORDER** - 1

Langadinos's status report confirms that his Chapter 7 bankruptcy case is closed and no automatic stay is in effect. The stay this Court imposed on October 2, 2025, Dkt. No. 75, is therefore lifted.

With the stay lifted and the case reopened, it is time to move forward. This case is now three years old and has seen no discovery—that must change. The parties are ORDERED to file a joint status report and proposed discovery plan within TWENTY-ONE (21) days of this order. *See* Fed. R. Civ. P. 26(f)(3). The parties must also identify (1) the date by which discovery can be completed, (2) the date the case will be ready for trial, and (3) the number of trial days required. The Clerk is DIRECTED to calendar this deadline on the Court's docket.

Dated this 11th day of March, 2026.

Jamal N. Whitehead
United States District Judge

**ORDER** - 2